Stephen Edelstein, Esq. (Attorney ID# 285031972)
**WEINER LAW GROUP LLP**
629 Parsippany Road
P.O. Box 0438
Parsippany, New Jersey 07054
(973) 403-1100
*Attorneys for Plaintiff Goldstein & Loggia, CPA's, LLC*
Our File No. 24439
2429001_1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GOLDSTEIN & LOGGIA, CPA'S, LLC,**<br>**Plaintiff,**<br><br>v.<br><br>**ALAN T. SCHIFFMAN, CPA, PC,**<br>**Defendant.** | CIVIL ACTION NO.: 3:22-cv-05288-PGS-RLS<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that Stephen Edelstein, Esq., of the law firm of Weiner Law Group LLP, hereby enters an appearance on behalf of Plaintiff Goldstein & Loggia, CPA's, LLC.

                                         **WEINER LAW GROUP LLP**
                                         *Attorneys for Plaintiff Goldstein & Loggia, CPA's, LLC*

                                         By: _____
                                                 Stephen Edelstein, Esq.

Dated: September 19, 2022