UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: Trenton

JUDGE: PETER G. SHERIDAN

September 19, 2022
DATE OF PROCEEDING

Court Reporter: Carol Farrell

TITLE OF CASE:                                   Civ. 22-5288 (PGS)
GOLDSTEIN & LOGGIA, CPA'S, LLC

    vs.
ALAN T. SCHIFFAN, CPA, PC

APPEARANCES:

See record for list of appearance

NATURE OF PROCEEDINGS:

Evidentiary hearing held.

Aaron Goldstein affirmed for Plaintiff.

Alan T. Schiffman sworn for Plaintiff.

Closing remarks by Jay R. McDaniel, Esq. Plaintiff.

Closing remarks by Craig S. Hilliard, Esq. for Defendant

TIME COMMENCED:   2:20 p.m.
TIME ADJOURNED:   4:10 p.m.
TOTAL TIME:       1:50

                                                s/Dolores J. Hicks
                                                  Deputy Clerk