# STARK&STARK
## ATTORNEYS AT LAW

**CRAIG S. HILLIARD, ESQ.**
DIRECT DIAL NUMBER
609-895-7346
DIRECT FAX NUMBER
609-895-7395
E-MAIL
chilliard@stark-stark.com

OFFICE: 993 LENOX DRIVE LAWRENCEVILLE, NJ 08648-2389
MAILING: PO BOX 5315 PRINCETON, NJ 08543-5315
609-896-9060 (PHONE) 609-896-0629 (FAX)
WWW.STARK-STARK.COM

March 30, 2023

**VIA ELECTRONIC FILING**

Honorable Peter G. Sheridan, U.S.D.J.
**United States District Court – District of New Jersey**
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

*[Handwritten annotation: Oral argument is rescheduled for April 14, 2023 at 10:00 by telephone. A letter brief no longer than 5 pages is due on April 12, 2023.]*

**SO ORDERED:** /s/ Peter G. Sheridan
**DATED:** 4/6/23

Re:    **Goldstein & Loggia v. Alan T. Schiffman, CPA, PC**
       Civil Action No. 22-5288 (PGS)(RLS)

Dear Judge Sheridan:

This firm represents Defendant Alan T. Schiffman, CPA, PC ("ATS"). Pending before the Court is Plaintiff Goldstein & Loggia's ("G&L") Motion to Compel Compliance with Preliminary Injunction and Defendant ATS's Cross-Motion to Enforce Compliance with Preliminary Injunction. G&L filed its opposition to the cross-motion earlier this week, but pursuant to Local Rule 7.1(h), a reply on a cross-motion is not permitted without leave of the Court. G&L has made a number of assertions and contentions in its opposition to ATS's cross-motion, supported by a new Declaration, which compels ATS to seek the permission of the Court to respond, so that the Court may have a full and accurate record upon which to decide the motions. Therefore, ATS respectfully requests leave to file a short reply no later than Monday, April 3, 2023, which is the listed return date for the motion and cross-motion.

We thank the Court for its consideration of the above request.

Respectfully,

**STARK & STARK,**
A Professional Corporation

By: /s/ *Craig S. Hilliard*
    CRAIG S. HILLIARD, ESQ.
    GENE MARKIN, ESQ.

cc:    All Counsel of Record

NEW JERSEY  •  PENNSYLVANIA  •  NEW YORK